# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-2239-JGB (JEM) | Date | Jan. 12, 2018 |
| Title | DANIEL LEE MYERS v. CALANDRINO, et al. | | |

| | |
|---|---|
| Present: The Honorable | John E. McDermott, United States Magistrate Judge |

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE

On August 16, 2017, Defendants filed motions to dismiss. On August 18, 2017, Plaintiff was ordered to file his opposition to the motions no later than September 29, 2017. Plaintiff has failed to respond to the Court's order or otherwise communicate with the Court. Moreover, Plaintiff has previously demonstrated that he does not intend to prosecute this action diligently by his failure to comply with Court orders in a timely manner.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **January 26, 2018**.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of an opposition to the motions to dismiss as previously ordered shall be a satisfactory response to the Order to Show Cause. No extensions of this deadline will be granted.

cc: Parties

: _____

Initials of Preparer   sa

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.