JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE MYERS, <br><br> Plaintiff, <br><br> v. <br><br> CALANDRINO, et al., <br><br> Defendants. | Case No. CV 16-2239-JGB (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: March 9, 2018

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE